TARA J. LICATA, ESQ. (State Bar No. 266111 )
tlicata@LYlegal.net
PAMELA A. TRIPLETT, ESQ. (State Bar No. 310232)
Ptriplett@LYlegal.net
**LICATA & YEREMENKO**
A Professional Law Corporation
15303 Ventura Boulevard, Suite 600
Sherman Oaks, CA 91403

Phone: (818) 783-5757
Fax:   (818)783-7710

Attorneys for Plaintiff **MARTHA GUTIERREZ**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA GUTIERREZ,<br><br>               Plaintiff,<br><br>     *vs.*<br><br>COMPASS GROUP USA, INC.;<br>CROTHAL HEALTHCARE, INC.; and<br>DOES 1 through 100, Inclusive,<br><br>               Defendants | **Case No.   2:24-cv-01335-MCS-(Ex)**<br><br>[Assigned for all purposes to the Hon. Mark C. Scarsi, Courtroom 7C]<br><br>**NOTICE OF SETTLEMENT OF THE ENTIRE CASE** |

**TO THE HONORABLE COURT:**

  **PLEASE TAKE NOTICE** that a settlement has been reached between all parties which will effectuate the dismissal, with prejudice, of all claims in this matter.  A written Confidential Settlement Agreement will be signed and counsel will file a Stipulation of Dismissal of all causes of action against all parties with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(ii), resolving this case in its entirety.

/ / /

/ / /

/ / /

1      Based upon the foregoing, the parties respectfully request that all future Court

2  dates be vacated at this time.

3

4

5  DATED: June 21, 2024                    LICATA & YEREMENKO
                                           A Professional Law Corporation
6

7                                          /s/ Tara J. Licata
                                   By: _____
8                                          TARA J. LICATA, ESQ.
                                           Attorneys for Plaintiff
9                                          **MARTHA GUTIERREZ**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF SETTLEMENT OF THE ENTIRE CASE**