TARA J. LICATA, ESQ. (State Bar No. 266111)
tlicata@LYlegal.net
PAMELA A. TRIPLETT, ESQ. (State Bar No. 310232)
Ptriplett@LYlegal.net
**LICATA & YEREMENKO**
A Professional Law Corporation
15303 Ventura Boulevard, Suite 600
Sherman Oaks, CA 91403

Phone: (818) 783-5757
Fax:   (818) 783-7710

Attorneys for Plaintiff **MARTHA GUTIERREX**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMPASS GROUP USA, INC.; CROTHAL HEALTHCARE, INC.; and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants | **Case No.  2:24-cv-01335-MCS-(Ex)**<br><br>[Assigned for all purposes to the Hon. Mark C. Scarsi, Courtroom 7C]<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)-(ii)** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff MARTHA GUTIERREZ and Defendants COMPASS GROUP USA, INC.. and CROTHAL HEALTHCARE, INC., by and through their respective attorneys of record, that the above-captioned action be and hereby is Dismissed With Prejudice in its entirety and with respect to all parties pursuant to FRCP 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

/ / /

1  The parties further stipulate that each party shall bear their own costs and
2 attorneys' fees.

5 DATED: July 1, 2024                    LICATA & YEREMENKO
                                         A Professional Law Corporation

7                                        By: /s/ Tara J. Licata
8                                            _____
                                             TARA J. LICATA, ESQ.
                                             Attorneys for Plaintiff
9                                            **MARTHA GUTIERREZ**

12 DATED: July 1, 2024                   SEYFARTH SHAW, LLP

15                                       By: _____
                                             XIAOCHEN CHEN, ESQ.
                                             Attorneys for Defendants
16                                           **COMPASS GROUP USA, INC. &
                                             CROTHAL HEALTHCARE, INC.**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**